■ MARY A. LICHOROWIC, Respondent, v JOHN A. LICHOROWIC, Appellant, et al., Defendants. [784 NYS2d 429]—Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered October 29, 2003. The order denied the motion of defendant John A. Lichorowic for leave to renew and reargue and for other relief.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Pine, J.P., Hurlbutt, Scudder, Martoche and Lawton, JJ.

■ DDR REAL ESTATE SERVICES, INC., Appellant, v BURNHAM PACIFIC PROPERTIES, INC., et al., Respondents. [784 NYS2d 430]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered August 29, 2003. The order granted defendants' motion for an order dismissing the action for lack of subject matter jurisdiction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court (*DDR Real Estate Servs., Inc. v Burnham Pacific Props., Inc.*, 1 Misc 3d 802 [2003]). Present—Pine, J.P., Hurlbutt, Scudder, Martoche and Lawton, JJ.